IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN 17 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CR. NO. __2:07cr05-WKW__ |
| | ) | [18 USC 472; |
| DARROL TREMAYNE FOGGY, a/k/a | ) | 18 USC 2] |
| "FROGGY" and | ) | |
| QUINCY O'NEAL GREEN | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

Between on or about March 25, 2006, and continuing until March 30, 2006, in Montgomery County in the Middle District of Alabama, the defendants,

DARROL TREMAYNE FOGGY, a/k/a
"FROGGY" and
QUINCY O'NEAL GREEN,

while aiding and abetting each other and others known and unknown to the Grand Jury, with intent to defraud, did pass, utter, publish and sell, and did attempt to pass, utter, publish any falsely made, forged and counterfeited obligation of the United States, that is, the following Federal Reserve Notes, which they knew to be falsely made forged and counterfeited:

| QUANTITY | DENOMINATION | SERIES | SERIAL NO. | TOTAL |
|---|---|---|---|---|
| 38 | 50 | 2001 | CF00133696A | $1,900.00 |
| 41 | 20 | 2004A | GF17097328A | 820.00 |
| 39 | 20 | 2004A | GF23124931A | 780.00 |
| 40 | 20 | 2004 | EL81619212B | 800.00 |

in violation of Title 18, United States Code, Section 472 and 2.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney