IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr05-WKW |
| | ) | |
| QUINCY O'NEAL GREEN | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____  Crime of violence (18 U.S.C. § 3156)

    _____  Maximum sentence of life imprisonment or death

    _____  10 + year drug offense

    \_\_\_\_X\_\_\_\_\_  Felony, with two prior convictions in the above categories

    _____  Serious risk the defendant will flee

    _____  Serious risk of obstruction of justice

    _____  Felony involving a minor victim

    _____  Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____  Failure to register a sex offender (18 U.S.C. § 2250)

2. <u>Reason For Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

    X        Defendant's appearance as required

    X        Safety of any other person and the community

3.     <u>Rebuttable Presumption</u>

The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).

              Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

              Previous conviction for "eligible" offense committed while on pretrial bond

              A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.     <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

              At the initial appearance

    X        After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 13th day of February, 2007.

        LEURA G. CANARY
        United States Attorney

        /s/ Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Phone: 334.223.7280
        FAX: 334.223.7135
        E-mail: tommie.hardwick@usdoj.gov