| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: FEBRUARY 20, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:13 - 1:14 |

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:07CR-5-WKW-CSC    **DEFENDANT NAME:** QUINCY O'NEAL GREEN

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~TOMMIE HARDWICK~~ *Susan Redmond* | ATTY. ROIANNE CONNER |

---

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** *possible plea*

☑ **TRIAL STATUS:** *will take 1 day to try case.*

☐ **REMARKS:**