IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:07-CR-05-WKW |
| | ) | |
| QUINCY O'NEAL GREEN | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, Quincy O'Neal Green by and through his attorney of record and notifies this Honorable Court of his intent to change his pleas from not guilty to guilty.

Respectfully submitted on this 9TH day of April, 2007.

/s/ Roianne Houlton Conner
**ROIANNE HOULTON CONNER**
 ATTORNEY FOR QUINCY O'NEAL GREEN
 ASB9677R77

**LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
mrsrhconner@yahoo.com
FAX: (334) 215-7778**

### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **CR. NO. 2:07-CR-05-WKW** |
| ) | |
| **QUINCY O'NEAL GREEN** ) | |

### CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing upon the Honorable TOMMIE BROWN HARDWICK, Assistant U.S. Attorney, by hand delivery and mailing a copy of the same to her business address of One Court Square, 2nd Floor , Montgomery, Al  36104 on this 9TH day of April, 2007..

                                            /s/ Roianne Houlton Conner

                                            ROIANNE HOULTON CONNER
                                            ATTORNEY FOR Quincy Green
                                            ASB9677R77R

                                            **LAW OFFICES OF ROIANNE**
                                            **HOULTON CONNER**
                                            **250 WINTON BLOUNT LOOP**
                                            **P.O. BOX 240458**
                                            **MONTGOMERY, ALABAMA 36124**
                                            **TELEPHONE: (334) 215-1988**
                                            **FAX: (334) 215-7778**