IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr05-WKW |
| ) | |
| QUINCY O'NEAL GREEN ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #27) filed on April 9, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **April 12, 2007**, at **10:00 a.m.,** in **Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 10th day of April, 2007.

                            /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE