IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CR. NO. 2:07-CR-05-WKW |
| ) | |
| QUINCY O'NEAL GREEN ) | |

## MOTION TO CONTINUE

**COMES NOW**, Quincy O'Neal Green by and through his attorney of record , the Honorable Roianne Houlton Conner and moves this Honorable Court to continue the date set for hearing of this cause on July 17, 2007, at 10:15 a.m.and as cause therefore states as follows:

1. That Counsel for Quincy Green, Attorney Roianne Houlton Conner, had surgery June 29, 2007.  She will be out of work until July 20, 2007.

2. That counsel has informed  Honorable Tommie Hardwick of  her pending surgery and the possibility of filing this motion.

**WHEREFORE THE PREMISES CONSIDERED**, your Petitioner prays that this Honorable Court will continue the date set for Final Hearing of this cause.

Respectfully  submitted on this 2nd day of July, 2007.

/s/ Roianne Houlton Conner
**ROIANNE HOULTON CONNER**
 ATTORNEY FOR QUINCY O'NEAL GREEN
ASB9677R77

**LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988**

mrsrhconner@yahoo.com  
FAX: (334) 215-7778

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon the Honorable TOMMIE BROWN HARDWICK, Assistant U.S. Attorney, by hand delivery and mailing a copy of the same to her business address of One Court Square, 2nd Floor , Montgomery, Al 36104 on this 2nd day of July, 2007..

                                                    /s/ Roianne Houlton Conner

                                                    ROIANNE HOULTON CONNER  
                                                    ATTORNEY FOR Quincy Green  
                                                    ASB9677R77R