IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CR-05-02-WKW |
| | ) | |
| QUINCY O'NEAL GREEN | ) | |

### ORDER

Upon consideration of the defendant's Motion to Continue (Doc. # 44), it is ORDERED that the motion is GRANTED.

It is ORDERED that the sentencing scheduled for July 17, 2007, is CONTINUED to **August 1, 2007, at 2:15 p.m.** in Courtroom 2-E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 5th day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE