**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CR-5-WKW |
| | ) | |
| QUINCY O'NEAL GREEN | ) | |

### NOTICE OF APPEAL AND REQUEST FOR NEW APPOINTED COUNSEL

**COMES NOW,** the Defendant, Quincy O'Neal Green, by and through his appointed Counsel, the Honorable Roianne Houlton Conner and hereby files his Notice of Appeal to the 11th Circuit Court of Criminal Appeals. As grounds states therefore as follows;

1. On February 13, 2007, the Defendant was declared indigent and Counsel was appointed to represent him.

2. The Defendant avers that he entered into Rule 11 (c )(1) (C) plea agreement with the United States government.

3. The Defendant plead guilty based upon the plea agreement on April 9, 2007.

4. On August 1, 2007, the Defendant appeared before the Honorable William Keith Watkins, United States District Judge, of the Middle District of Alabama for sentencing.

5. The Honorable William Keith Watkins heard the objections that were set forth by the Defendant and ruled in the Defendants favor on one of his objections.

6. After the objections were heard, the total offense level was ten (10) with a criminal history level of V.

7. Pursuant to the sentencing guidelines the Defendant was facing a term of imprisonment of twenty one to twenty seven months.

8. The Honorable William Keith Watkins ruled that pursuant to section 3553 United States Code, he was varying from the guidelines and then sentenced the Defendant to eighty months followed by a term of three (3) years supervised released.

9. After said sentencing, the Defendant stated that he believed he " had been set up" and is requesting that appointed counsel file his notice of appeal within the time prescribed by law.  Further, the Defendant requested another attorney be appointed to represent him on appeal..

Respectfully submitted on this the 7th day of August, 2007.

/s/ Roianne Houlton Conner
ROIANNE HOULTON CONNER
ASB9677R77R

**LAW OFFICES OF ROIANNE HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
mrsrhconner@yahoo.com
FAX: (334) 215-7778**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Honorable Tommy Hardwick
U.S. Attorney's Office
P O Box 197
Montgomery, AL  36101

by placing same in the U.S. mail, postage prepaid, and by efiling on this the 7th day of August, 2007

/s/ Roianne Houlton Conner
ROIANNE HOULTON CONNER