IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR5-WKW |
| | ) | |
| QUINCY O'NEAL GREEN | ) | |

## **ORDER**

Upon consideration of the defendant's Request for New Appointed Counsel contained within his Notice of Appeal (Doc. # 51), it is ORDERED that a panel attorney shall be appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 10th day of August, 2007.

                                        /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE