IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR5-WKW |
| | ) | |
| QUINCY O'NEAL GREEN | ) | |

## ORDER

The court construes the defendant's request for new appointed counsel contained within his Notice of Appeal (Doc. # 51) as a motion to withdraw.  It is ORDERED that the motion is GRANTED; that Roianne Houlton Conner is withdrawn as appointed counsel; and that Paul R. Cooper is appointed as counsel in accordance with his notice of appearance.

DONE this 22nd day of August, 2007.

                                              /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE