# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK AUG 24 2007 ATLANTA, GA.]*

*[Stamp: RECEIVED 2007 AUG 28 A 10: 57 DEBRA P. HACKETT, CLK]*

TELEPHONE
(334) 954-3610

August 15, 2007

Mr. Thomas K. Kahn,
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA   30303

USDC No. CR-07-W-00005-N

USCA No. 07-13917 G

IN RE: USA VS. QUINCY O'NEAL GREEN

---

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal:_X_ Yes,__ No    Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
_X_ Yes, The Court Reporter(s) is/are:   MITCHELL REISNER/RISA ENTREKIN
__No     Date of Hearing(s):_ 2/13/2007; 2/20/2007; 4/16/2007; 8/1/2007_
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___ IFP_; and/or APPEALABILITY/CPC is pending in this Court.
_X_ Court Appointed Counsel/CJA; _X_ Yes; ___No;  Copy of Order Enclosed: ORAL order.
_X_ The Appellate docket fee has been paid;__ Yes,_X_ No:____Date , Receipt#_
____Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
____Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
____Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon:_WILLIAM KEITH WATKINS_
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:
     ____Volume(s) of Pleadings, _ Volume(s) of Transcripts,
     ____SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
     ____Exhibits:____Envelope
     ____Volume (s) of Original Papers

---

cc:                                         Sincerely,

                                            DEBRA P. HACKETT, CLERK

                                            By: _____
                                                Deputy Clerk