CJA 24  AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE<br>ALM | 2. PERSON REPRESENTED<br>Green, Quincy O'Neal | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:07-000005-002 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF   (Case Name)<br>U.S. v. Foggy, et al | 8. PAYMENT CATEGORY<br>Felony | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 472.F -- PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12.   PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED   (Describe briefly)
APPEAL PROCEEDINGS TO THE UNITED STATES COURT OF APPEALS, 11TH CIRCUIT

13.   PROCEEDING TO BE TRANSCRIBED   (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
4/16/07
CHANGE OF PLEA HELD BEFORE MAG. JUDGE CHARLES S. COODY, COURT REPORTER MITCHELL REISNER

| 14.   SPECIAL AUTHORIZATIONS (Services Other Than Ordinary) | Judge's Initials |
|---|---|
| A. Apportioned Cost         % of transcript with (Give case name and defendant) | |
| B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Real Time Unedited Transcript | |
| C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>Signature of Attorney    10-1-2007   Date<br>PAUL R COOPER   Printed Name<br>Telephone Number:  334-262-4887<br>☐ Panel Attorney   ☐ Retained Atty   ☐ Pro-Se   ☐ Legal Organization | Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.<br><br>Signature of Presiding Judicial Officer or By Order of the Court<br>10·4·07   Date of Order<br>Nunc Pro Tunc Date |

**CLAIM FOR SERVICES**

| 17. COURT REPORTER/TRANSCRIBER STATUS<br>☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,)<br>AND MAILING ADDRESS  MITCHELL REISNER |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE | 22² Cloverfield Rd.<br>HOPE HULL, AL 36043<br>Telephone Number: 265-2500 |

| 20.   TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | 3 | 1-13 | $3.30 | | | $42.90 |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | $42.90 |

21.   CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of Claimant/Payee                         Date: 9-28-07

**ATTORNEY CERTIFICATION**

22.   CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.
Signature of Attorney or Clerk                         10-1-2007   Date

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 23.   APPROVED FOR PAYMENT<br>Signature of Judicial Officer or Clerk   10·4·07   Date | 24.   AMOUNT APPROVED<br>$42.90 |
|---|---|