# UNITED STATES DISTRICT COURT
DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
CLERK

October 25, 2007

TELEPHONE  
(334) 954-3610

Mr. Thomas K. Kahn, Clerk  
USCA, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA  30303

USDC No **CR-07-W-00005-N**

USCA No. **07-13917-G**

In Re: **USA VS. QUINCY O'NEAL GREEN**

---

### CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **1** Volume(s) of Pleadings

  **2** Volume(s) of Transcripts

  ___ Exhibits: ___ Box: ___ Binders: ___ Envelopes;

      ___ Other: **X** SEAL Envelope (s) : **1** PSI(s)

  ___ Other:

Please acknowledge receipt on the enclosed copy of this letter.  
Sincerely,

DEBRA P. HACKETT, Clerk

By: **Yolanda Williams**

cc: **PAUL ROY COOPER**  
    **TOMMIE BROWN HARDWICK**

27BC, APPEAL, AR

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00005-WKW-CSC-2
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Foggy et al | Date Filed: 01/17/2007 |
| | Date Terminated: 08/24/2007 |

Assigned to: Honorable William Keith Watkins
Referred to: Honorable Charles S. Coody

Appeals court case number: '07-13917-G'

**Defendant**

**Quincy O'Neal Green** (2)
*TERMINATED: 08/24/2007*

represented by **Paul Roy Cooper**
312 Scott Street
Montgomery, AL 36104
334-262-4887
Fax: 262-4880
Email: prc@cooperandcooperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Roianne Houlton Conner**
Law Office of Roianne Houlton Conner
250 Winton Blount Loop
PO Box 240458
Montgomery, AL 36124
334-215-1988
Fax: 215-7778
Email: mrsrhconner@yahoo.com
*TERMINATED: 08/22/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**              **Disposition**

18:472 & 2 PASSING COUNTERFEIT
OBLIGATIONS; AID & BET; NMT
$250,00; [*]; NMT 20Y; B; NMT 5Y
SUP REL; G-LNS; VWPA; $100 AF
(1)

80 Mos Imp; 3 Yrs Sup Rel; $100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Tommie Brown Hardwick**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7135
Email: tommie.hardwick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

BEGIN VOL. 1.

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2007 | 1 | INDICTMENT as to Darrol Tremayne Foggy (1) count(s) 1, Quincy O'Neal Green (2) count(s) 1. (ajr, ) Modified on 4/11/2007 (snc) to unseal the document (Entered: 01/19/2007) |
| 01/17/2007 | 2 | *SEALED* Limits of Punishment as to Darrol Tremayne Foggy, Quincy O'Neal Green (ajr, ) (Entered: 01/19/2007) |
| 01/17/2007 |   | (Court only) ***Set Mag. Judge and CRD Flag as to Darrol Tremayne Foggy, Quincy O'Neal Green (ajr, ) (Entered: 01/19/2007) |
| 01/19/2007 | 4 | *SEALED* WARRANT Issued as to Quincy O'Neal Green. (ajr, ) (Entered: 01/19/2007) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 02/13/2007 | | Case unsealed as to Quincy O'Neal Green pursuant to notice from USMS (ajr, ) (Entered: 02/13/2007) |
| 02/13/2007 | 10 | MOTION for Detention Hearing by USA as to Quincy O'Neal Green. (Hardwick, Tommie) (Entered: 02/13/2007) |
| 02/13/2007 | | Arrest of Quincy O'Neal Green (jct, ) (Entered: 02/14/2007) |
| 02/13/2007 SEALED | 13 | CJA 23 Financial Affidavit by Quincy O'Neal Green (jct, ) (Entered: 02/14/2007) |
| 02/13/2007 | | ORAL MOTION to Appoint Counsel by Quincy O'Neal Green. (jct, ) (Entered: 02/14/2007) |
| 02/13/2007 | | ORDER (ORAL) granting Oral Motion to Appoint Counsel: Appointed CJA Panel Attorney Roianne Houlton Connner as to Quincy O'Neal Green (2). Signed by Judge Susan Russ Walker on 2/13/07. (jct, ) (Entered: 02/14/2007) |
| 02/13/2007 | | ORAL WAIVER of Detention Hearing by Quincy O'Neal Green (jct, ) (Entered: 02/14/2007) |
| 02/13/2007 | | (Court only) ***Motions terminated as to Quincy O'Neal Green pursuant to Defendant's Oral Waiver of Detention Hearing : 10 MOTION for Detention Hearing filed by USA (jct, ) (Entered: 02/14/2007) |
| 02/13/2007 | 14 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Quincy O'Neal Green (2) Count 1 held on 2/13/2007, Initial Appearance as to Quincy O'Neal Green held on 2/13/2007, Plea entered by Quincy O'Neal Green (2) Not Guilty on counts 1. (Recording Time 4:13 - 4:19.) (jct, ) (Entered: 02/14/2007) |
| 02/15/2007 | 15 | ORDER ON ARRAIGNMENT as to Quincy O'Neal Green; Pretrial Conference set for 2/20/2007 01:00 PM in Courtroom 5B before Honorable Charles S. Coody. Jury Trial set for 4/23/2007 before Honorable William Keith Watkins. Pretrial Motions due two days before the first pretrial conference; Discovery due from the government by 2/15/07 and from the defendant by 2/22/2007. Signed by Judge Charles S. Coody on 2/15/07. (ajr, ) (Entered: 02/15/2007) |
| 02/15/2007 | 17 | CJA 20 as to Quincy O'Neal Green: Appointment of Attorney Roianne Houlton Conner for Quincy O'Neal Green. Signed by Judge Susan Russ Walker on 2/15/07. (ajr, ) (Entered: 02/15/2007) |
| 02/20/2007 | 19 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Quincy O'Neal Green held on 2/20/2007 (Recording Time FTR: 1:13 - 1:14.) (ws, ) (Entered: 02/20/2007) |
| 02/21/2007 | 22 | PRETRIAL CONFERENCE ORDER as to Quincy O'Neal Green setting Jury Selection for 4/23/2007 before Honorable William Keith Watkins. Jury Trial (ETT - 1 day) set for 4/23/2007 before Honorable William Keith Watkins. Voir Dire due by 4/16/2007; Proposed Jury Instructions due by 4/16/2007; Motions in Limine due by 4/16/2007; Notice of Intent to |

| | | Change Plea due by noon on 4/11/2007. Signed by Judge Charles S. Coody on 2/21/07. (ajr, ) (Entered: 02/21/2007) |
|---|---|---|
| 04/09/2007 | 27 | NOTICE OF INTENT TO CHANGE PLEA by Quincy O'Neal Green (Conner, Roianne) (Entered: 04/09/2007) |
| 04/10/2007 | 31 | ORDER as to Quincy O'Neal Green setting Change of Plea Hearing for 4/12/2007 10:00 AM in Courtroom 4B before Honorable Charles S. Coody; directing the clerk to provide a court reporter for this proceeding; Signed by Judge Charles S. Coody on 4/10/07. (ajr, ) (Entered: 04/10/2007) |
| 04/11/2007 | 33 | ORDER as to Quincy O'Neal Green; Change of Plea Hearing set for 4/12/07 is RESET for 4/16/2007 10:00 AM in Courtroom 4B before Honorable Charles S. Coody; directing the Clerk to provide a court reporter for this proceeding. Signed by Judge Charles S. Coody on 4/11/07. (ajr, ) (Entered: 04/11/2007) |
| 04/11/2007 | 34 | NOTICE OF JURY LIST AND JURORS' PROFILES for Jury Selection and Trial commencing 4/23/07 before Judge Keith Watkins as to Quincy O'Neal Green (Attachments: #(1) Juror Questionnaire Certification #(2) Court Docket #(3) Clothing Notice)(ajr, ) (Entered: 04/11/2007) |
| 04/16/2007 | 35 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Quincy O'Neal Green (ws, ) (Entered: 04/16/2007) |
| 04/16/2007 | 36 | PLEA AGREEMENT as to Quincy O'Neal Green (ws, ) (Entered: 04/16/2007) |
| 04/16/2007 SEALED | 37 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Quincy O'Neal Green held on 4/16/2007 (PDF available for court use only); Plea entered by Quincy O'Neal Green (2) Guilty to Count 1 of the Indictment. (PDF available for court use only) (Court Reporter Mitchell Reisner) (ws) (Entered: 04/16/2007) |
| 04/16/2007 | | ORAL ORDER Accepting Guilty Plea as to Quincy O'Neal Green and Adjudicating the defendant guilty as to Count(s) 1 of the Indictment. Signed by Judge Charles S. Coody on 4/16/07. (ws, ) (Entered: 04/16/2007) |
| 04/27/2007 | 39 | ORDER as to Quincy O'Neal Green setting Sentencing for 7/20/2007 09:45 AM in Courtroom 2E before Honorable William Keith Watkins; directing counsel to communicate in writing to the PO any objections to the PSR by 6/29/07, directing parties to be available for a conference with the PO on 7/2/07 at 9:00 a.m., as further outlined in order, and directing that any motions for downward departure be filed before the conference. Signed by Judge William Keith Watkins on 4/27/07. (ajr, ) (Entered: 04/27/2007) |
| 06/18/2007 | 42 | ORDER as to Quincy O'Neal Green; Sentencing set for 7/20/07 is RESCHEDULED to 7/17/2007 10:15 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith |

**CONT. VOL. 1.**

| | | |
|---|---|---|
| | | Watkins on 6/18/07. (ajr, ) (Entered: 06/18/2007) |
| 07/02/2007 | 44 | First MOTION to Continue by Quincy O'Neal Green. (Conner, Roianne) (Entered: 07/02/2007) |
| 07/05/2007 | 45 | ORDER as to Quincy O'Neal Green granting 44 MOTION to Continue filed by Quincy O'Neal Green; Sentencing set for 7/17/07 is CONTINUED to 8/1/2007 02:15 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 7/5/07. (ajr, ) (Entered: 07/05/2007) |
| 08/01/2007 | 50 | Minute Entry for SENTENCING held 8/1/07 before Judge William Keith Watkins as to Quincy O'Neal Green. (PDF available for court use only) (Court Reporter Risa Entrekin.) (Attachments: #(1) Government's Exhibit List #(2) Government's Exhibit List) (ajr, ) (Entered: 08/03/2007) |
| 08/07/2007 | 51 | NOTICE OF APPEAL by Quincy O'Neal Green to the United States Court of Appeals Eleventh Circuit from the 52 Judgment entered 8/9/2007. Copies mailed. (Conner, Roianne) [Modified on 8/15/2007 to create a relationship to Doc. 52.-dmn] (Entered: 08/07/2007) |
| 08/07/2007 | | Defendant's request for new appointed counsel contained within 51 Notice of Appeal construed as a MOTION to Withdraw as Attorney by Roianne Houlton Connor. See 51 Notice of Appeal for pdf document for this entry. (cc, ) (Entered: 08/22/2007) |
| 08/09/2007 | 52 | JUDGMENT as to Quincy O'Neal Green (2), Count(s) 1, 80 Mos Imp; 3 Yrs Sup Rel; $100 SA. Signed by Judge William Keith Watkins on 8/9/07. (ajr, ) (Entered: 08/09/2007) |
| 08/10/2007 | 53 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Quincy O'Neal Green. (ajr, ) (Entered: 08/10/2007) |
| 08/10/2007 | 54 | ORDER as to Quincy O'Neal Green that a panel attorney be appointed to represent the defendant for all further proceedings. Signed by Judge William Keith Watkins on 8/10/07. (ajr, ) (Entered: 08/10/2007) |
| 08/15/2007 | | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order as to Quincy O'Neal Green to US Court of Appeals re 51 Notice of Appeal - Final Judgment. (dmn) (Entered: 08/15/2007) |
| 08/16/2007 | 55 | NOTICE OF ATTORNEY APPEARANCE: Paul Roy Cooper appearing for Quincy O'Neal Green (Cooper, Paul) (Entered: 08/16/2007) |
| 08/22/2007 | 61 | ORDER granting 51 Motion to Withdraw as Appointed Counsel; that Roianne Houlton Conner is withdrawn as appointed counsel; that Paul R.Cooper is appointed as counsel in accordance with his 55 notice of appearance. Signed by Judge Mark E. Fuller on 8/22/2007. (cc, ) (Entered: 08/22/2007) |
| 08/22/2007 | | Attorney update in case as to Quincy O'Neal Green. Attorney Roianne Houlton Conner terminated pursuant to 61 Order. (cc, ) (Entered: 08/23/2007) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 08/24/2007 | 63 | CJA 20 as to Quincy O'Neal Green: Appointment of Attorney Paul Roy Cooper for Quincy O'Neal Green. Signed by Judge William Keith Watkins on 8/24/07. (ajr, ) (Entered: 08/24/2007) |
| 08/24/2007 | | (Court only) ***Terminated defendant Quincy O'Neal Green. (ajr, ) (Entered: 08/24/2007) |
| 08/24/2007 | 64 | RECEIVED TRANSCRIPT REQUEST re 51 Notice of Appeal - Final Judgment from Paul Cooper counsel for Quincy O'Neal Green with following notation: "I Am Ordering A Transcript Of The Following Proceedings: Change of Plea proceedings held on 04/16/07 before Judge Charles S. Coody, Mitchell Reisner, CR and 08/01/07 Sentencing before Judge William Keith Watkins, Risa Entrekin, CR. Copies to Court Reporters. (ydw, ) (Entered: 08/27/2007) |
| 08/28/2007 | 65 | USCA Case Number 07-13917-G for 51 Notice of Appeal - Final Judgment filed by Quincy O'Neal Green. (dmn) (Entered: 08/28/2007) |
| 09/21/2007 | 66 | **VOLUME 2** TRANSCRIPT re 51 Notice of Appeal - Final Judgment OF Sentencing Hearing(PDF available for court use only) filed as to Quincy O'Neal Green for dates of 08/01/07 before Judge William Keith Watkin, Court Reporter: Risa Entrekin. (ydw, ) (Entered: 09/21/2007) |
| 09/27/2007 | 67 | **VOLUME 3** (Court only) TRANSCRIPT of CHANGE OF PLEA proceedings (PDF available for court use only) as to Quincy O'Neal Green held on 4/16/07 before Judge Charles S. Coody. Court Reporter: Mitchell Reisner. (ajr, ) Modified on 9/27/2007 to correct pdf (snc). (Entered: 09/27/2007) |
| 10/04/2007 | 68 | CJA 24 as to Quincy O'Neal Green: Authorization to Pay Risa Entrekin $ 135.30 for 8/1/07 Sentencing Transcript. Signed by Judge William Keith Watkins on 10/4/07. (ydw, ) (Entered: 10/04/2007) |
| 10/04/2007 | 69 | CJA 24 as to Quincy O'Neal Green: Authorization to Pay Mitchell Reisner $ 42.90 for 4/16/07 Change of Plea Transcript. Signed by Judge William Keith Watkins on 10/4/07. (ydw, ) (Entered: 10/04/2007) |

**END VOL. 1**