

| | | | |
|---|---|---|---|
| Tonya Richardson/CA11/11/USCOURTS | | To | Yolanda Williams/ALMD/11/USCOURTS@USCOURTS |
| 12/04/2007 12:07 PM | | cc | Donna Norfleet/ALMD/11/USCOURTS@USCOURTS |
| | | bcc | |
| | | Subject | 07-13917-GG (DC: 2:07-00005 CR W N) USA v. Quincy O'Neal Green |

1st request

Please forward the ROA/PSI for the captioned appeal

---------------------------------------

Tonya Richardson
Briefing Case/Closing Clerk
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6176