AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:        QUINCY O'NEAL GREEN
CASE NUMBER:      2:07cr5-002-WKW

Judgment — Page    2    of    6

2007 DEC -3 P 2: 33

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

80 Months

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.    on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___11-19-07___ to ___FCC Coleman USPI___

at ___Coleman, FL___ , with a certified copy of this judgment.

___Michael W. Garrett Complex Warden___
UNITED STATES MARSHAL

By ___for OD Wade, BOP___
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED

DEC - 7 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.