RECEIVED

2008 JAN 30   A 10: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

January 29, 2008

**Appeal Number: 07-13917-GG**
Case Style: USA v. Quincy O'Neal Green
District Court Number:  07-00005 CR-W-N

TO:   Debra P. Hackett

CC:   Paul R. Cooper

CC:   Tommie Brown Hardwick

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

2008 JAN 30  A 10: 2 1

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

January 29, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-13917-GG**
Case Style: USA v. Quincy O'Neal Green
District Court Number:  07-00005 CR-W-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
  3 volumes, 1 sealed envelope of exhibits, 1 PSI

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jenifer Tubbs (404) 335-6166

Encl.

DIS-4  (3-2005)

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

----------------------

No. 07-13917-GG

----------------------

RECEIVED
2008 JAN 30   A 10: 28
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 2 9 2008

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

versus

QUINCY O'NEAL GREEN,

                                                    Defendant-Appellant.

--------------------------

On Appeal from the United States District Court for the
Middle District of Alabama

--------------------------

BEFORE:   ANDERSON, HULL and FAY, Circuit Judges.

BY THE COURT:

On December 3, 2007, Appellee filed a motion to dismiss this appeal based upon the appeal waiver contained in Appellant's plea agreement. In response thereto, Appellant contends that the breach of plea agreement issues raised in his brief fall within his appeal waiver exception of "prosecutorial misconduct" and that this case is one of "extreme circumstance" insofar as the court sentenced him despite the breach of his plea agreement.

The Court notes that Appellant's waiver of his right to appeal does not preclude his raising issues regarding the breach of his plea agreement. See U.S. v. Copeland, 381 F.3d 1101, 1104-05 (11th Cir. 2004). However, this Court finds that the plea agreement clearly detailed the terms of the parties' agreement and that Appellant knowingly and voluntarily entered into his plea agreement. Furthermore, it finds that the parties "side agreement" is unrelated to the plea agreement. Given this Court's finding that there was no breach of plea agreement, Appellant's response that his arguments fall within the exceptions to the appeal waiver are meritless.

Appellee's motion to dismiss this appeal is GRANTED.

2

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By _____
Deputy Clerk
Atlanta, Georgia